EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Anthony Guadalupe Baerga | 2013 TSPR 116<br><br>189 DPR ____ |

Número del Caso: TS-16603

Fecha: 10 de octubre de 2013

Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Anthony Guadalupe Baerga                TS-16,603

RESOLUCIÓN

San Juan, Puerto Rico, a de 10 de octubre de 2013

Atendida la *"Moción de Cambio de Estatus"* presentada por la parte peticionaria de epígrafe, se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo